IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BERNICE WARD, as beneficial owner of the WARD REVOCABLE LIVING TRUST, and SOUTH SUBURBAN HOUSING CENTER, | ) ) ) ) |
| Plaintiffs, | ) No. 13-cv-8192 ) |
| vs. | ) Judge Ronald A. Guzman ) |
| WILLIAM R. DOWNS JR. and the FOREST VIEW CONDOMINIUMS II, Defendants. | ) ) ) ) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW COME THE PLAINTIFFS, pursuant to Rule 41(1)(A) of the Federal Rules of Civil Procedure, and hereby voluntarily dismiss the within action with prejudice, no answer having yet been filed and all matters having been resolved.

Respectfully submitted,

**/s** Jeffrey L. Taren
**Kinoy, Taren & Geraghty P.C.**
Attorney for Plaintiff
224 South Michigan, Room 300
Chicago, Illinois 60604
Phone: (312) 663-5210
Fax: (312) 663-6663
Email: jtaren@ktglawyer.com

1